FILED
2015 Apr-22 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KENNETH CHAMBLISS,** | ) | |
| **PLAINTIFF,** | ) | |
| **VS.** | ) | **2:15-cv-23-JHH** |
| **KBW HOLDINGS, LLC,** | ) | |
| **DEFENDANT.** | ) | |

**FINAL ORDER**

The court has before it the April 20,2015 Joint Stipulation (Doc. # 7) of Dismissal filed by the parties. It is **ORDERED, ADJUDGED and DECREED** that the instant Complaint is **DISMISSED WITH PREJUDICE**. Costs taxed as paid.

**DONE** this the 22nd day of April, 2015.

James H. Hancock

SENIOR UNITED STATES DISTRICT JUDGE